IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SADIOUS EARLE KINTAE LEWIS**            **PLAINTIFF**
**#2012418**

v.            Case No. 2:25-cv-00222-LPR-BBM

**RAY EWING**            **DEFENDANT**

**ORDER**

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 5) and the Plaintiff's Objections (Doc. 6). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed, for now, with his excessive force claim against Ewing in his individual capacity.

2. Plaintiff's official-capacity claim is DISMISSED without prejudice for failure to state a claim for relief.

DATED this 20th day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE